UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:24-cv-05021-LGS

PEDRO LIZ, on behalf of himself and
all others similarly situated,

        Plaintiffs,

vs.

CASIO AMERICA, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, PEDRO LIZ ("Plaintiff"), and Defendant, CASIO AMERICA INC.'s ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;
2. The Clerk shall deny any pending Motions as moot; and
3. Each party shall bear their own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers, in New York County, New York, this __16__ day of __August__ 2024.

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Andrew C. Karter, Esq.;
Gabriel A. Levy, Esq.